United States Bankruptcy Court

Eastern District of Tennessee

In re:  
Brian Allen Kolar  
Debtor

Case No. 21-30815-SHB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0649-3     User: harpern     Page 1 of 2  
Date Rcvd: May 07, 2021     Form ID: 309A     Total Noticed: 20

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 13090755 | + | DNF Associates, 2351 N Forest Rd, Ste 110, Getzville, NY 14068-9902 |
| 13090756 | | Duval County Clerk of Courts, Attn: COUNTY CIVIL DEPARTMENT, Jacksonville, FL 32202 |
| 13090759 | | Johanthan Tekell, Esq., 10751 Deerwod Park Blvd, Ste 100, Jacksonville, FL 32256-4835 |
| 13090760 | + | MRS BPO, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 13090761 | + | NCB Management Services, PO Box 1099, Langhorne, PA 19047-6099 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: brian.kolar@gmail.com | May 07 2021 19:48:00 | Brian Allen Kolar, 2444 Legion Drive, Knoxville, TN 37920-4732 |
| aty | | Email/Text: brentsnyder77@gmail.com | May 07 2021 19:48:00 | Brent S. Snyder, 2125 Middlebrook Pike, Knoxville, TN 37921 |
| tr | + | EDI: BAMOSTOLLER.COM | May 07 2021 23:38:00 | Ann Mostoller, 136 South Illinois Ave., Suite 104, Oak Ridge, TN 37830-6220 |
| ust | + | Email/Text: ustpregion08.kx.ecf@usdoj.gov | May 07 2021 19:50:00 | United States Trustee, 800 Market Street, Suite 114, Howard H. Baker Jr. U.S. Courthouse, Knoxville, TN 37902-2303 |
| 13090748 | + | EDI: ARSN.COM | May 07 2021 23:38:00 | ARS National, PO Box 469046, Escondido, CA 92046-9046 |
| 13090749 | | EDI: BANKAMER.COM | May 07 2021 23:38:00 | Bank of America, P.O. Box 15019, Wilmington, DE 19886-5019 |
| 13090753 | + | EDI: CITICORP.COM | May 07 2021 23:38:00 | CIti, PO Box 790040, Saint Louis, MO 63179-0040 |
| 13090750 | + | EDI: CAPITALONE.COM | May 07 2021 23:38:00 | Captial One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 13090751 | + | Email/Text: bankruptcy@cavps.com | May 07 2021 19:50:00 | Cavalry Portfolio, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2322 |
| 13090754 | | EDI: DISCOVER.COM | May 07 2021 23:38:00 | Discover Financial, PO Box 15316, Wilmington, DE 19850 |
| 13090757 | | Email/Text: data_processing@fin-rec.com | May 07 2021 19:50:00 | Financial Recovery Service, 4900 Viking Dr, Minneapolis, MN 55435 |
| 13090758 | + | EDI: FSAE.COM | May 07 2021 23:38:00 | First Source Advantage, 205 Bryant Woods Smith, Buffalo, NY 14228-3609 |
| 13090752 | | EDI: JPMORGANCHASE | May 07 2021 23:38:00 | Chase, PO Box 15548, Wilmington, DE 19866-5548 |
| 13090762 | + | Email/Text: specialservicing@sofi.com | May 07 2021 19:50:00 | Sofi, One Letterman Dr, Bldg A, Ste 4700, San Francisco, CA 94129-1512 |
| 13090763 | + | EDI: RMSC.COM | | |

| District/off: 0649-3 | User: harpern | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 07, 2021 | Form ID: 309A | Total Noticed: 20 |

May 07 2021 23:38:00   Synchrony Bank, 170 Election Rd, Suite 125, Draper, UT 84020-6425

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 09, 2021            Signature:            /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ann Mostoller | tn17@ecfcbis.com  bdavis@msw-law.com |
| Brent S. Snyder | on behalf of Debtor Brian Allen Kolar brentsnyder77@gmail.com |
| United States Trustee | Ustpregion08.kx.ecf@usdoj.gov |

TOTAL: 3

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Brian Allen Kolar** | Social Security number or ITIN   xxx–xx–2712 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Tennessee** | Date case filed for chapter   **7**   **5/6/21** |
| Case number: | **3:21–bk–30815–SHB** | |

Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records) at    https://ecf.tneb.uscourts.gov/.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Brian Allen Kolar | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2444 Legion Drive<br>Knoxville, TN 37920 | |
| 4. | **Debtor's attorney**<br>Name and address | Brent S. Snyder<br>2125 Middlebrook Pike<br>Knoxville, TN 37921 | Contact phone (865)546–2141 |
| 5. | **Bankruptcy trustee**<br>Name and address | Ann Mostoller<br>136 South Illinois Ave.<br>Suite 104<br>Oak Ridge, TN 37830 | Contact phone 865–482–4466 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case – – No Proof of Claim Deadline**    page 1

Debtor **Brian Allen Kolar**     Case number **3:21–bk–30815–SHB**

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://ecf.tneb.uscourts.gov/. | William T. Magill<br>Clerk of Court<br>United States Bankruptcy Court<br>Howard H. Baker Jr. U.S. Courthouse<br>Suite 330, 800 Market Street<br>Knoxville, TN 37902 | Hours open:<br>Monday – Friday 8:00 AM – 4:30 PM<br><br>Contact phone (865) 545–4279<br><br>Date: 5/7/21 |
| 7. | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 15, 2021 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Bankruptcy Meeting Room, 1st Floor, Howard H. Baker Jr. U.S. Courthouse, 800 Market Street, Knoxville, TN 37902** |
| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/16/21** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors, or within 30 days after any amendment to the list of exemptions is filed, whichever is later (But see Federal Rule of Bankruptcy Procedure 1019(2)(B) for converted cases). |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.<br><br>However, secured creditors (creditors who have a security interest in the debtor(s)' property) must provide, prior to the meeting of creditors scheduled in line 7 above, proof to the bankruptcy trustee that their security interest has been perfected. Also, unless a written request for notice is filed at or before the meeting of creditors, the bankruptcy trustee may abandon property of the estate without further notice to creditors. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://ecf.tneb.uscourts.gov/. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **2**